App. Div.]            Second Department, March, 1917.

ALEXANDER WILSON, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTEO RAO, Appellant, v. MUTUAL AID SOCIETY OF MONTALBANO D'ELICONA, Respondent. — Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

HENRY S. ROCHELLE, Respondent, v. STANDARD MAIL ORDER COM PANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

GEORGE D. MACKAY and Another, Appellants, v. TIDE WATER OIL COMPANY, Respondent. (2 cases.)— Orders affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

GERTRUDE ALICE GORMAN, Respondent, v. JOHN WILLIAM GORMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.; Scott and Dowling, JJ., dissented and voted to reduce allowance to five dollars.

EDWARD SMALL, Respondent, v. WILLIAM CHRISTY CABANNE, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

DUPARQUET, HUOT & MONEUSE COMPANY, Respondent, v. SAMUEL HIRSH, Impleaded with UNIVERSITY PLACE REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JACOB GOLDBERG, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Determination affirmed, with costs, and judgment ordered against defendant on its stipulation on opinion of Bijur, J., at Special [Appellate] Term.  (Reported in 97 Misc. Rep. 10.) Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.